HERMAN FINKELSTEIN, Appellant, *v.* ISADORE PUNIE, Respondent.

*Finkelstein* v. *Punie*, 162 App. Div. 119, appeal dismissed.
(Submitted February 6, 1918; decided February 26, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1914, which affirmed an order of the Appellate Term affirming a judgment of the City Court of the City of New York in favor of defendant in an action for contribution.

*Charles Goldzier* and *Max Schenkman* for appellant.
*Sidney J. Loeb* for respondent.

Appeal dismissed, with costs, on the ground that no judgment has been entered upon the order of the Appellate Division from which an appeal can be taken; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.